APPEAL No. 76-265. EARL H. WEBSTER *v.* RALPH ARUSSO *et al.* Motion of plaintiff to dismiss appeal of defendant is granted. *Coleman B. Zimmerman,* for plaintiff. *Richard C. Tallo,* Town Solicitor, for defendant.

December 1, 1976.

M. P. No. 75-271. IN RE RHODE ISLAND BAR ASSOCIATION "PETITION TO AMEND RULE 47". In the matter of the petition of the Rhode Island Bar Association praying that Rule 47 of this Court be amended, the petitioner is directed to file with this Court within fifteen (15) days of this order a copy of the proposed amended rule in its entirety. *Louis Baruch Rubinstein,* for petitioner.

December 2, 1976.

M. P. No. 76-353. NICHOLAS CANNAROZZI *et al. v.* ZONING BOARD OF NEWPORT *et al.* Motion to dismiss the plaintiffs' appeal is granted without prejudice. *Salvatore L. Romano, Jr.,* for plaintiffs. *Moore, Virgadamo, Boyle & Lynch, Ltd., Jeremiah C. Lynch,* for defendants.

M. P. No. 76-356. JEROME R. KIRBY, JR. *et al. v.* ZONING BOARD OF THE TOWN OF MIDDLETOWN. Petition for certiorari is granted and the writ shall issue forthwith. *Corcoran, Peckham & Hayes, William W. Corcoran,* for petitioners. *Moore, Virgadamo, Boyle & Lynch, Ltd., Salvatore L. Virgadamo,* for Bay Broadcasters, Inc., *et al.; Joseph B. Going* for members of the Zoning Board of Review, respondents.

